IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CASE NO. 3:09-cv-911-MEF |
| ) AMANDA ROGERS, *et al.*, ) ) | (WO) |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw Answer and Claim of the Alabama Medicaid Agency to Complaint for Interpleader and Declaratory Relief and to Dismiss the Alabama Medicaid Agency as a Party (Doc. #14), filed by Defendant Alabama Medicaid Agency, any parties opposed to said motion are ORDERED to show cause why it should not be granted by no later than 5:00 p.m. on Thursday, December 17.

DONE this the 3rd day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE