IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:09-cv-911-MEF ) |
| AMANDA ROGERS, *et al.*, | ) (WO) ) |
| Defendants. | ) |

**O R D E R**

After filing an answer to Plaintiff's complaint for interpleader, Alabama Medicaid Agency filed a motion to withdraw that answer and be dismissed as a party on November 30, 2009 (Doc. #14). On December 3, 2009, this Court issued an order that any party opposing that motion should show cause why it should not be granted by no later than 5:00 p.m. on Thursday, December 17. No party responded with any opposition to the motion. Therefore, it is hereby

ORDERED that the Motion to Withdraw Answer and Claim of the Alabama Medicaid Agency to Complaint for Interpleader and Declaratory Relief and to Dismiss the Alabama Medicaid Agency as a Party (Doc. #14) is GRANTED. The Clerk is DIRECTED to dismiss Alabama Medicaid Agency from this action without prejudice.

DONE this the 18th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE