IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:09-cv-911-MEF |
| AMANDA ROGERS, *et al.*, | ) ) | (WO) |
| Defendants. | ) ) | |

**O R D E R**

Upon consideration of the Joint Motion to Remand (Doc. #20), it is hereby

ORDERED that

(1) The motion is GRANTED;

(2) This case is REMANDED to the Circuit Court of Russell County, Alabama, which has concurrent jurisdiction with this Court over the subject matter of this litigation, pursuant to 28 U.S.C. § 2410(a)(5); and

(3) The Clerk is DIRECTED to take appropriate steps to effect the remand.

DONE this the 3rd day of February, 2010.

            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE